ORIGINAL

FILED

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0200

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0200

FILED

MAY 1 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

RYAN J. HAGERMAN,

Petitioner,

v.

JAMES SALMONSEN, Warden, Montana State Prison,
and MIKE LINDER, Yellowstone County Sheriff,

Respondents.

ORDER

Ryan J. Hagerman petitions this Court for habeas relief, contending that, pursuant to the Warrant issued by the Governor of the State of Montana, he should be returned to Colorado where he has charges pending. Hagerman requests: (1) this writ issue; (2) he receive monetary compensation for damages from days of illegal incarceration; and (3) "Case law to prevent further injustice to Due Process of Law for Montanans."

Hagerman explains that he is currently detained at the Montana State Prison under the Governor's warrant for a charge from Colorado and that prior to his transfer, he was held at the Yellowstone County Detention Center (YCDC). He provides that upon his arrest in October 2021, he learned that he was a fugitive from justice. Hagerman contends that the delay of 124 days in the YCDC without release as well as the non-compliance with the criminal extradition act violate his due process rights. *See* §§ 46-30-302 and 46-30-303, MCA. He includes a copy of a signed Governor's Warrant, dated February 16, 2022. Hagerman challenges the arrest, the different RID numbers on the warrants for failure to appear from Adams County, Colorado, and the sixty-day extension that the Yellowstone County Justice Court issued in December 2021.

While Hagerman may seek habeas corpus relief concerning his extradition or lack thereof, his challenges lack merit. Section 46-30-217, MCA. The Justice Court had authority to grant the extension of time. Pursuant to § 46-20-304, MCA, "a judge or

magistrate . . . may recommit the accused for a further period of 60 days . . . ." This Court declines to address his claim of the different RID numbers because the complete record is not before this Court. Lastly, Montana law allows for prosecution of an offender to proceed in this state while a requisition is pending. Section 46-30-202, MCA, provides that:

> If a criminal prosecution has been instituted against a person under the laws of this state and is still pending, the governor may surrender the person on demand of the executive authority of another state or hold the person until the person has been tried and discharged or convicted and punished in this state.

When the Governor issued the warrant, Hagerman had several criminal matters pending in the Yellowstone County District Court. Hagerman cannot return to Colorado presently.

Available electronic records indicate that in August 2020, the State charged Hagerman with felony criminal possession of dangerous drugs and two misdemeanors. After accepting his guilty plea, the District Court imposed a three-year suspended term to Department of Corrections (DOC) in May 2021 (hereinafter first sentence). On September 30, 2021, the State charged Hagerman with felony theft when he exerted unauthorized control over a 2002 Ford Ranger. On October 12, 2021, the State charged Hagerman with a misdemeanor and felony theft when he took a 2006 Dodge Grand Caravan that did not belong to him. On January 3, 2022, the Yellowstone County District Court committed Hagerman to the DOC for two, concurrent three-year terms for the felony theft convictions and awarded Hagerman credit for time served from October 10, 2021 to December 2, 2021. The District Court also revoked his first sentence, imposing a suspended DOC term of two years and 290 days to run concurrently with his other sentences.

When Hagerman was arrested in 2021, he had at least three criminal cases pending.[1] His due process rights have not been violated. He received court-appointed counsel in his cases, and the court notified him of his rights during his proceedings.

---

[1] The District Court issued an Order dismissing a second 2020 criminal case because the Justice Court sentenced Hagerman on the misdemeanor offenses. *State v. Hagerman*, No. DC 20-1442, Order to Dismiss Without Prejudice (Mont. 13 Judicial Dist. Ct. Apr. 5, 2021).

Hagerman has not demonstrated illegal incarceration. Section 46-22-101(1), MCA. He was held in this state until the adjudication of his criminal cases. He is not entitled to habeas corpus relief or any of his other requested claims for relief. Therefore,

IT IS ORDERED that Hagerman's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: counsel of record; Sheriff Mike Linder, Yellowstone County; and Ryan J. Hagerman personally.

DATED this 10 day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

3